IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISON

United States

v.

Sean Jarrell

FILED
CLERK'S OFFICE
APR 1 1 2025
U.S DISTRICT COURT
EASTERN MICHIGAN

Case No. 24-cr-20052

### Petition of Legal Interest In Property to be Forfeited

**Now comes** the Petitioner, Margaret L. Walker, pro se hereby asserting her legal right of interest and/or ownership of the Glock G26 serial number: BSMB738. The Petitioner's petition is based on the following:

1. The Petitioner, Margaret L. Walker, did legally purchased said Glock G26, serial number: BSMB738 from Bridgeport Equipment located in Beckley, WV 25801 on June 3, 2021 **(Attachment A)**

2. The Petitioner, Margaret L. Walker, asserts that on day of purchase said Glock G26 was stolen from her vehicle at some point before she made it home, the Petitioner believes said Glock was stolen by David Smith, an acquaintance who waited in her car while she was shopping in another store. The Petitioner did not report that the Glock G26 had been stolen due to not having the serial number at the time and was unaware until recently that she could go to Bridgeport Equipment to obtain it.

**Wherefore** the Petitioner, Margaret L. Walker, prays that this Court will return said Glock G26 to her as she is the legal registered owner of said firearm, a firearm which was stolen before she ever got a chance use it.

1

## Certificate of Service

I, Margaret L. Walker hereby certify that on April 5th, 2025, I served the Petitioner's **"Petition of Legal Interest in Property to be Forfeited"**, by first class mail upon the following parties:

United States District Court
Clerk of the Court
Eastern District of Michigan
231 W. Lafayette
Detroit, Michigan 48226

And

United States Attorney
Attn: Adriana Dydell
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226-3211

*[signature]*
Margaret L. Walker
P.O. Box 372
Midway, W.V. 25878
Phone (304) 888-9333




| | Bridgeport, OH | (740) 635-1129 | Huntington, WV | (304) 736-2120 |
| --- | --- | --- | --- | --- |
| | Marietta, OH | (740) 373-6686 | Wurtland, KY | (606) 833-1408 |
| | New Martinsville, WV | (304) 455-6686 | Charleston, WV | (304) 744-0555 |
| | Pennsboro, WV | (304) 659-2917 | Pomeroy, OH | (740) 992-1438 |
| | Gallipolis, OH | (740) 446-2412 | Ripley, WV | (304) 373-0400 |

156 Queen Ann Drive
Beckley, WV 25801
Phone: (304) 252-6688
Fax:    (304) 252-6687

www.bridgeportequip.com
info@bridgeportequip.com

# PARTS INVOICE

Deliver To Account No.: 100334

CASH SALES BECKLEY
US

Bus Ph:          Prv Ph:

| Invoice No: | 3616889 |
| --- | --- |
| Date: | 6/3/2021 |
| Page: | 1 of 1 |
| Payment Type: | Cash, Credit Card |

| Supplied Quantity | Back Order Quantity | Part Number | Part Description | Bin Loc | List Price | Net Price | Extended Price | Tax Ind |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1.00 | 0.00 | UA4450101 | GLOCK G44 22LR 10+1 4.02" AS | | 359.99 | 359.99 | $359.99 | Y |
| Serial Number: AFFT324 | | | | | | | | |
| 1.00 | 0.00 | GLPI26502FDE | GLK G26 GEN3 CHAINMAIL SIPPLING F | | 579.99 | 579.99 | $579.99 | Y |
| Serial Number: BSMB738 | | | | | | | | |

Invoice Notes:
Margaret Walker 304-888-9333

Customer PO No:
Tax Exempt No:
Salesperson:    Richard Robertson, Jr.

| Parts: | $939.98 |
| --- | --- |
| Misc: | $0.00 |
| Sales Tax: | $56.40 |
| Deposit: | $0.00 |
| Total: | $996.38 |

Credit Card Information    Merchant ID:  969202679888           Terminal ID: 39   Client ID: 26674500010001

| Appl Label | Masked PAN | Card Entry | RESULT | Auth | AID | TVR | TSI | ARC | IAD | TC | CVM | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Debit | *************4932 | Chip Read | CAPTURED | 001956 | A0000000042203 | 8000048000 | 6800 | 00 | 01146010012200000 | | PIN | $496.38 |

NO RETURNS ON ELECTRICAL PARTS, CLEARANCE ITEMS, FIREARMS OR AMMUNITION, A MINIMUM 15% RESTOCKING FEE ON RETURNED SPECIAL ORDER PARTS

**TERMS AND CONDITIONS**
TERMS:  NET 30 FROM DATE OF INVOICE.
A finance charge of 1.5% per month will be added to all past due invoices.
ALL Credit Memos are VOID if not taken within 12 months.
NO RETURNS ON ELECTRICAL PARTS, CLEARANCE ITEMS, AMMUNITION.  MINIMUM RESTOCKING FEE OF 15% ON RETURNED SPECIAL ORDER ITEMS.
***REMIT PAYMENT TO: BRIDGEPORT EQUIPMENT & TOOL, 500 HALL STREET, BRIDGEPORT, OH 43912***

Received by: ..................................................................    Date: ........................................

M. Latisha Walker
P.O. Box 392
Midway, W.V. 25878

CHARLESTON WV 253
7 APR 2025 PM 2 L

RECEIVED
APR 11 2025
CLERKS OFFICE
DETROIT

United States District Court
Clerk of the Court
Eastern District of Michigan
231 W. Lafayette
Detroit, Michigan 48226

48226-279426